THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREGORY BEERBOWER,

                    Plaintiff,

          v.

MICROSOFT CORPORATION,

                    Defendant.

CASE NO. C26-0829-JCC

MINUTE ORDER DIRECTING SERVICE

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's Motion for U.S. Marshal Service of Summons and Complaint (Dkt. No. 7). Plaintiff is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Dkt. No. 4.) The Court has reviewed the complaint (Dkt. No. 5) pursuant to § 1915 (e)(2). And it appears to establish this Court's subject matter jurisdiction and state a claim for relief. (*See generally* Dkt. No. 5.) Thus, the Clerk of the Court shall notify Defendant (through its registered agent) of the commencement of this action and request a waiver of service of summons in accordance with Federal Rule of Civil Procedure 4(d) and 28 U.S.C. § 566(c). If Defendant declines to waive service, the Court will order that it be done by the United States Marshals. If so, Defendant will be required to pay the full costs of such service. *See* Fed. R. Civ. P. 4(d)(2). The Clerk shall provide Plaintiff a copy of this minute order.

C26-0829-JCC
PAGE - 1

DATED this 9th day of April 2026.

Joshua C. Lewis
Clerk of Court

s/Kadya Peter
Deputy Clerk