THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY BEERBOWER, | CASE NO. C26-0829-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order of dismissal (Dkt. Nos. 14, 14-1). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Accordingly, the stipulation is self executing[1] and this action is DISMISSED with prejudice and without further recovery by any party. The Clerk is DIRECTED to close this case.

//

---

[1] While Plaintiff did not sign the notice, he signed the proposed order. (*Compare* Dkt. No. 14 at 1–2, with Dkt. No. 14-1 at 2.) The Court deems this belated signature as sufficient to comply with the requirements for voluntary dismissal.

MINUTE ORDER
C26-0829-JCC
PAGE - 1

DATED this 6th day of July 2026.

<u>Joshua C. Lewis</u>
Clerk of Court

<u>s/Kadya Peter</u>
Deputy Clerk

MINUTE ORDER
C26-0829-JCC
PAGE - 2